Frank A. Silane (State Bar No.: 90940)
Jeffrey D. Wolf (State Bar No.: 204548)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
TRANSPORTES AEROS EJECTIVOS, S. A.
de C. V., otherwise known as TAESA
AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA AKESON, ALBERTO CAZARES, REINALDO CAZARES, NATALIE MADRIZ, MARTINA RODRIGUEZ, ROSELIA URENA and TERESA VILLA, MOISES AYALA, LUIS CARDENAS, ALONSO COVARRUBIAS, DIANE ESQUIVEL, FRANCISCA MOJICA, MIGUEL MOJICA, JUAN PATINO, ROBERTO PULIDO, JUAN PULIDO, RUBEN VILLALOBOS, HELEN PERALES, and ALICIA PERALES-RANGEL,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSPORTES AEROS EJECTIVOS, S. A. de C. V., otherwise known as TAESA AIRLINES,<br><br>Defendant. | Case No. C01-1323 TEH<br><br>NOTICE OF SETTLEMENT |

TO THE CLERK OF THE COURT AND THE HONORABLE JUDGE:

PLEASE TAKE NOTICE that the parties have entered into a settlement which resolves the above matter in its entirety.

NOTICE OF SETTLEMENT
C01-1323 TEH

| | |
|---|---|
| Dated: October 28, 2004 | CONDON & FORSYTH LLP |
| | By: _____ |
| | FRANK A. SILANE |
| | JEFFREY D. WOLF |
| | Attorneys for Defendant |
| | TRANSPORTES AEROS |
| | EJECTIVOS, S. A. DE C. V., |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

## PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On November 1st, 2004, I served the within documents:

**NOTICE OF SETTLEMENT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

SEE ATTACHED SERVICE LIST

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 1st, 2004, at Los Angeles, California.

_____
Donna A. Jacobs

## SERVICE LIST

Elizabeth J. Cabraser, Esq.
Lexi Hazam, Esq.
LIEFF, CABRASER, HEINMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California  94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008


Richard E. Brown, Esq.
Post Office Box 1420
Alamo, California  94507